**IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF INDIANA  
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., | ) | |
| IVC FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | 1:14-ml-02570-RLY-TAB |
| LIABILITY LITIGATION | ) | MDL NO. 2570 |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Individual Docket No. |
| Plaintiff, Crystal D. King | ) | 1:16-cv-02225 |
| Plaintiff, Terrence I. Brill | ) | 1:16-cv-02267 |
| Plaintiff, Jeanna Kelso | ) | 1:16-cv-02395 |
| Plaintiff, Larry K. Smith | ) | 1:19-cv-01948 |
| Plaintiff, Alan Krappitz | ) | 1:19-cv-02908 |
| Plaintiff, Leonard C. Mohr | ) | 1:17-cv-03833 |
| Plaintiffs, Amanda Marstiller, | ) | 1:18-cv-00237 |
| and Michael Marstiller | ) | |
| Plaintiff, Alexis Mason | ) | 1:18-cv-00866 |
| Plaintiff, William L. Murray | ) | 1:18-cv-01022 |
| Plaintiff, Freda C. Davis | ) | 1:18-cv-01257 |
| Plaintiff, Linda Hinton | ) | 1:19-cv-00629 |
| Plaintiff, Dawn Rabah | ) | 1:19-cv-01128 |
| Plaintiff, Audrey Kuntzler | ) | 1:19-cv-01472 |
| Plaintiff, Carl E. House | ) | 1:19-cv-01584 |
| Plaintiff, Loretta Scott | ) | 1:19-cv-01586 |
| Plaintiff, David L. Hamm | ) | 1:19-cv-01746 |
| Plaintiff, Henrietta Lang | ) | 1:19-cv-01854 |
| Plaintiff, Teresa Rice | ) | 1:19-cv-01863 |
| Plaintiff, Mary E. Dillard | ) | 1:19-cv-01896 |
| Plaintiff, Douglas M. Keller, Jr. | ) | 1:19-cv-01900 |
| Plaintiff, David D. Clifton | ) | 1:20-cv-00537 |
| Plaintiff, Lisa Burnett | ) | 1:18-cv-00866 |
| Plaintiff, Sue Allen-Miller | ) | 1:20-cv-06236 |
| Plaintiff, Antonio Miller | ) | 1:20-cv-06236 |
| Plaintiff, Robert Ottogalli, Jr. | ) | 1:21-cv-06495 |
| Plaintiff, Jennifer L. Dinwiddie | ) | 1:21-cv-06553 |
| Plaintiff, Sheila Jane Kane | ) | 1:21-cv-06675 |
| Plaintiff, Kathy Ann Miller | ) | 1:21-cv-06695 |
| Plaintiff, Mikala Wade | ) | 1:21-cv-06553 |

## MOTION TO WITHDRAW AS COUNSEL

Gregory D. Bentley, of the law firm Dormer Harpring, LLC, (formerly of Zonies Law LLC), files this Motion to Withdraw as Counsel of record and states as follows:

This Motion is filed in good faith for the reason set forth herein and for no other reason. Greg Bentley is no longer associated with Zonies Law and no longer represents any of the plaintiffs identified herein or any plaintiffs in this MDL.

The undersigned further requests to be removed from CM/ECF notifications from the Master Docket and the individual actions identified herein.

WHEREFORE, Gregory D. Bentley respectfully requests this Court grant the present Motion to Withdraw as Counsel of record and such other relief as this Court deems proper.

RESPECTFULLY SUBMITTED at Denver, Colorado, this 29th day of October, 2024.

                                                      *s/ Gregory D. Bentley*
                                                      Gregory D. Bentley, Colo. Atty. Reg. 42655
                                                      DORMER HARPRING, LLC
                                                      3457 Ringsby Court, Unit 110
                                                      Denver, CO  80216
                                                      Telephone: (303) 756-3812
                                                      Facsimile: (303) 477-7400
                                                      E-mail:   gdb@denvertrial.com
                                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of October, 2024, a true and correct copy of the foregoing was filed and served electronically using the CM/ECF filing system which will send an electronic copy to Registered Counsel of Record.

*/s/ Gregory D. Bentley*
Gregory D. Bentley