UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Jeanna Kelso, No. 1:16-cv-02395-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) ) )  1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DISMISSING CASE**

The Magistrate Judge recommends this action be dismissed without prejudice for Plaintiff's failure to appear at two telephonic status conferences and Plaintiff's failure to respond to the court's show cause order. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 27572). Accordingly, the court **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED** this 9th day of January 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1